17108

## IN THE UNITED STATES DISTRICT COURT
### FOR THE  DISTRICT OF NEW JERSEY
### VICINAGE OF CAMDEN

| | |
|---|---|
| *Plaintiff*<br>CORAL PAIGE a/k/a CORAL DORF | NO.: 1:14-CV-03214-RBK-JS |
| *vs.* | CIVIL ACTION |
| *Defendant*<br>RAFFAELE CORBISIERO, M.D., BHAVIN M. PATEL, D.O., REBECCA A. ARMBRUSTER, D.O., RANIA ABOUJAOUDE, M.D., CAROL MANTONI, R.N., ELIZABETH WILKINS, R.N., AMY PALMER, R.N., BONNIE MACQUEEN, MSN, APN-C, DONNA MENGEL, R.N., ROXANA FRANCO, R.N., DIANE ROSE, R.N., and DEBORAH HEART AND LUNG CENTER | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, RANIA ABOUJAOUDE, M.D., ONLY** |

All matters in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and are hereby dismissed with prejudice and without costs against Defendant, Rania Aboujaoude, M.D., only.

BY: _____
Christopher M. Nyberg, Esquire
*Attorney(s) for Plaintiff(s)*

BY: _____
DAVID P. BRIGHAM, ESQUIRE
Attorney for Defendant, Rania Aboujaoude, M.D.

DATED:_____

DATED: 8/14/15

STAHL & DeLAURENTIS, P.C.
10 E. CLEMENTS BRIDGE ROAD
RUNNEMEDE, NJ  08078
856-380-9200
FAX 856-939-1354

BY: _____

Richard Grossman, Esquire
Attorney for Defendant(s),
Raffaele Corbisiero, M.d., Bhavin M.
Patel, D.O., Rebecca A. Armbruster,
D.O., Carol Mantoni, R.N., Elizabeth
Wilkins, R.N., Amy Palmer, R.N.,
Bonnie Macqueen, Msn, APN-C,
Donna Mengel, R.N., Roxana Franco,
R.N., Diane Rose, R.N., and Deborah
Heart and Lung Center

DATED: _____