# GROSSMAN, HEAVEY & HALPIN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

www.grossmanandheavey.com

RICHARD A. GROSSMAN
rag@grossmanandheavey.com

THOMAS J. HEAVEY
tjh@grossmanandheavey.com

MICHAEL G. HALPIN
mgh@grossmanandheavey.com

EMILY M. GRAYBILL
emg@grossmanandheavey.com

ELIZABETH A. WILSON
eaw@grossmanandheavey.com

JILL R. O'KEEFFE
jillo@grossmanandheavey.com

BRICK PROFESSIONAL PLAZA
1608 HIGHWAY 88 WEST
SUITE 200
BRICK, NEW JERSEY 08724
(732) 206-0200

FACSIMILE (732) 206-0205

August 18, 2015

Office of the Clerk
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ  08101

    Re:    Coral Paige v. Raffaele Corbisiero, M.D., et al
            Docket No.1:14-cv-03214-RBK-JS

Dear Sir/Madam:

| | | | |
|---|---|---|---|
| ___ | Answer | ___ | Complaint |
| ___ | Stipulation Extending Time to Answer | ___ | Substitution of Attorney |
| ___ | Trial Counsel Designation | ___ | Release |
| ___ | Check in the amount of | ___ | Order granting/denying |
| ___ | Notice of Motion | ___ | Notice to take Oral Depositions |
| ___ | Brief | XXX | Stipulation of Dismissal, w/prejudice |
| ___ | Certification | ___ | Affidavit |
| ___ | Proposed Order | | |

With respect to same, would you kindly,

| | | | |
|---|---|---|---|
| XXX | File and return a filed copy in the envelope provided | ___ | Keep for your file |
| ___ | Comply with same | ___ | Remit payment directly to |
| ___ | Charge to our account #00-40000 | | |

Very truly yours,

RICHARD A. GROSSMAN, ESQ.

Enc.
cc:    Christopher M. Nyberg, Esq.
       David P. Brigham, Esq.
       Deborah Heart & Lung Center
       Al Diombala, Healthcare Segment, Programs