# GROSSMAN, HEAVEY & HALPIN

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

www.grossmanandheavey.com

RICHARD A. GROSSMAN
rag@grossmanandheavey.com

THOMAS J. HEAVEY
tjh@grossmanandheavey.com

MICHAEL G. HALPIN
mgh@grossmanandheavey.com

ELIZABETH A. WILSON
eaw@grossmanandheavey.com

JILL R. O'KEEFFE
jillo@grossmanandheavey.com

BRICK PROFESSIONAL PLAZA
1608 HIGHWAY 88 WEST
SUITE 200
BRICK, NEW JERSEY 08724
(732) 206-0200

FACSIMILE (732) 206-0205

November 23, 2015

Hon. Magistrate Judge Joel Schneider
United States District Court -- District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, NJ  08101

    Re:    Coral Paige a/k/a Coral Dorf v. Raffaele Corbisiero, M.D., et al
            Docket No. 1:14-cv-03214-RBK-JS

Dear Judge Schneider:

    Please be advised that this matter has been settled, subject to the signing of documents. Thank you.

                                       Respectfully,

                                       RICHARD A. GROSSMAN

kh
cc:    Christopher M. Nyberg, Esq.
       Sue Bonfield, Esq. (DHLC)
       Christian Antonellis, AIG