UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CORAL PAIGE, etc.
:
      Plaintiff(s),
:    CIVIL #14-03214   (RBK)

-vs-                          :    **ORDER OF DISMISSAL**

:

RAFFAELE CORBISIERO, M.D.,  *et al.*
et al.                                                :
      Defendant(s).

-------------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled;

It is on this 24th day of November **2015** ;

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

                                              s/Robert B. Kugler
                                              HON. ROBERT B. KUGLER, U.S.D.J.

cc:   Hon. Joel Schneider, U.S. Magistrate Judge
       All Counsel on Record
       File